Commonwealth *v.* Byrd, Appellant.
Commonwealth *v.* Fowler, Appellant.

(Appeal, No. 409) argued November 10, 1970. (Appeal, No. 411) submitted November 9, 1970. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellants; *Carol Mary Los,* Assistant District Attorney, with her *Robert L. Campbell,*

708

Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.